



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

DEC 1 4 2022

BONNIE HACKLER
Clerk, U.S. District Court
By _____
Deputy Clerk

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | **SEALED** |
| **v.** | **Case No. 22-CR-142-JFH** |
| **JUSTIN DERICK BRESHEARS, RONNIE GENE CASEY, JR., and BRITTANY WOOD a/k/a BRITTANY MITCHELL,** | |
| *Defendants.* | |

## SUPERSEDING INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

#### ASSAULT WITH INTENT TO COMMIT MURDER IN INDIAN COUNTRY
#### [18 U.S.C. §§ 113(a)(1), 1151, & 1153]

On or about August 27, 2022, within the Eastern District of Oklahoma, in Indian Country,

the defendants, **JUSTIN DERICK BRESHEARS**, an Indian**,** and **RONNIE GENE CASEY, JR**,

an Indian, did assault J.B., with intent to commit murder, to wit: by shooting J.B. with a firearm,

in violation of Title 18, United States Code, Sections 113(a)(1), 1151, and 1153.

### COUNT TWO

#### ASSAULT RESULTING IN SERIOUS BODILY INJURY IN INDIAN COUNTRY
#### [18 U.S.C. §§ 113(a)(6), 1151, 1153, & 2]

On or about August 27, 2022, within the Eastern District of Oklahoma, in Indian Country,

the defendants, **JUSTIN DERICK BRESHEARS**, an Indian, **RONNIE GENE CASEY, JR.,** an

Indian, and **BRITTANY WOOD**, an Indian, did assault J.B., resulting in serious bodily injury, in

violation of Title 18, United States Code, Sections 113(a)(6), 1151, 1153, and 2.

## COUNT THREE

### ASSAULT WITH A DANGEROUS WEAPON WITH
### INTENT TO DO BODILY HARM IN INDIAN COUNTRY
### [18 U.S.C. §§ 113(a)(3), 1151, & 1153]

On or about August 27, 2022, within the Eastern District of Oklahoma, in Indian Country,

the defendants, **JUSTIN DERICK BRESHEARS**, an Indian, and **RONNIE GENE CASEY,**

**JR.**, an Indian, did assault J.B., with a dangerous weapon with intent to do bodily harm, in violation

of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153.

## COUNT FOUR

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING
### AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about August 27, 2022, within the Eastern District of Oklahoma, the defendant,

**JUSTIN DERICK BRESHEARS**, did knowingly use, carry, brandish, and discharge a firearm

during and in relation to a crime of violence for which he may be prosecuted in a court of the

United States, that is, Assault with Intent to Commit Murder in Indian Country, as charged in

Count One of this Indictment, and Assault with a Dangerous Weapon with Intent to Do Bodily

Harm in Indian Country, as charged in Count Three of this Indictment, in violation of Title 18,

United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

## COUNT FIVE

### USE, CARRY, BRANDISH AND DISCHARGE OF A FIREARM DURING
### AND IN RELATION TO A CRIME OF VIOLENCE
### [18 U.S.C. §§ 924(c)(1)(A)(i), (ii), & (iii)]

On or about August 27, 2022, within the Eastern District of Oklahoma, the defendant,

**RONNIE GENE CASEY, JR.**, did knowingly use, carry, brandish, and discharge a firearm

during and in relation to a crime of violence for which he may be prosecuted in a court of the

United States, that is, Assault with Intent to Commit Murder in Indian Country, as charged in

Count One of this Indictment, and Assault with a Dangerous Weapon with Intent to Do Bodily

Harm in Indian Country, as charged in Count Three of this Indictment, in violation of Title 18,

United States Code, Sections 924(c)(1)(A)(i), (ii), and (iii).

A TRUE BILL:

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

GENEVIÈVE A. OZARK, MS BAR #105598
Special Assistant United States Attorney