UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BRITTANY WOOD,<br><br>      Defendant(s). | Case No.  CR-22-142-03-JFH |

## SCHEDULING ORDER

It is hereby ordered:

| | |
|---|---|
| Joint status report regarding production of discovery due: | **1/16/2023** |
| Notices due: | **1/16/2023** |

 This includes all notices required by the Rules of Criminal Procedure and Evidence, including but not limited to, notices pursuant to Rule 16, 404(b), 412, 413, 414, or 609.

| | | |
|---|---|---|
| Motions due and objections to notices due: | **1/23/2023** | |

 Absent good cause, motions in limine shall be filed by this date

 Motions for bill of particulars shall be filed pursuant to FRCrP 7(f)

| | | |
|---|---|---|
| Pretrial conference: | **1/12/2023** | at 9:30 a.m. |
| Voir dire, jury instructions, stipulations, & trial briefs due: | **1/27/2023** | |
| Witness and exhibit lists exchanged between counsel and emailed to courtroom deputy (do not file): | **2/2/2023** | by 4:00 p.m. |
| Three hard-copy exhibit binders delivered to Court: | **2/2/2023** | by 4:00 p.m. |
| Jury trial: | **2/6/2023** | at 8:45 a.m. |

Due to the Court's multi-district caseload, this schedule is relatively inflexible.

Pursuant to LCrR 12.1(E), any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

Only one omnibus motion in limine per party and one motion to suppress per defendant is permitted without leave of Court. The Court shall summarily deny without prejudice any motion that does not comply with LCrR 12.1(B), which requires a motion state on the first page whether or not opposing counsel objects to the motion.

The parties should meet and confer in good faith to discuss any stipulations that would streamline the issues at trial. Any stipulations agreed to should be submitted by the date listed.

If the parties anticipate a lengthy pretrial/motion hearing, they are directed to promptly contact the Courtroom Deputy and the hearing will be reset.

If the parties anticipate a plea of guilty, they are directed to promptly contact the Courtroom Deputy and a change of plea hearing (separate from the Pretrial Docket Call) will be set. The parties must provide a petition to enter plea of guilty and any plea agreement (if applicable) to the Court and file any superseding information (if applicable) at least three business days prior to the Change of Plea Hearing.

The parties are encouraged to review the Court's Criminal Guidelines.

Dated this 9th day of January 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE