IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JUSTIN DERICK BRESHEARS,<br>RONNIE GENE CASEY, JR., and<br>BRITTANY WOOD a/k/a BRITTANY MITCHELL,<br><br>*Defendants.* | Case No. CR-22-142-JFH |

## THIRD JOINT STATUS REPORT REGARDING PRODUCTION OF DISCOVERY

Plaintiff, the United States of America, by and through United States Attorney Christopher J. Wilson and Special Assistant United States Attorney Genevieve A. Ozark, and Defendants, by and through Jacob Lollman, counsel for Justin Derick Breshears ("Breshears"), Randy Lynn, counsel for Ronnie Gene Casey, Jr. ("Casey"), and Robert Gifford, counsel for Brittany Wood ("Wood"), submit this Third Joint Status Report ("JSR") Regarding Production of Discovery pursuant to this Court's Opinion and Order (Doc. 111) dated January 23, 2022.

On October 13, 2022, the grand jury returned the four-count Indictment (Doc. 25) against Breshears and Casey. On November 4, 2022, Magistrate Judge Gerald L. Jackson granted in part and denied in part the Government's Opposed Motion for Protective Order (Doc. 34) and Opposed Motion for Protective Order Governing Discovery (Doc. 44). *See* Doc. 57. On November 7, 2022, the Government provided Breshears and Casey with underlying discovery, including law enforcement reports, video and audio recordings, search warrant documents, and photographs. The government also disclosed handwritten notes taken by the case agent, which were provided to Breshears and Casey on December 13, 2022. On December 14, 2022, the grand jury returned the

five-count Superseding Indictment (Doc. 74), adding Wood as a defendant. All discovery previously disclosed to Breshears and Casey was disclosed to Wood on January 9, 2022. Additionally, all three defendants were provided with Wood's criminal history and booking information that same day.

Counsel for the United States and Defendants have discussed discovery to prepare this Report. All parties are aware of their continuing discovery obligations and will make the other party aware should any additional discovery become available.

    Respectfully submitted,

    CHRISTOPHER J. WILSON
    United States Attorney

    *s/ Genevieve A. Ozark*
    GENEVIEVE A. OZARK, MS Bar #105598
    Special Assistant United States Attorney
    520 Denison Avenue
    Muskogee, Oklahoma 74401
    Telephone: (918) 684-5100
    Fax: (918) 684-5150
    Genevieve.Ozark@usdoj.gov

    *s/ Jason D. Lollman*
    JASON D. LOLLMAN, OBA #32052
    Assistant Federal Public Defender
    Williams Tower I, Suite 1225
    One West Third Street
    Tulsa, Oklahoma 74103-3532
    Telephone: (918) 581-7656
    E-mail: Jason_lollman@fd.org
    **Attorney for Defendant Breshears**

    *s/ Fred Randolph Lynn*
    FRED RANDOLPH LYNN, OBA #15296
    907 S. Detroit Avenue, Suite 1330
    Tulsa, Oklahoma 74120
    Telephone: (918) 693-8299
    E-mail: fredrandophlynn@gmail.com
    **Attorney for Defendant Casey**

<u>*s/ Robert D. Gifford, II*</u>
ROBERT D. GIFFORD, II, OBA #17034
Gifford Law, PLLC
PO Box 2682
Oklahoma City, OK 73101
Telephone: (405) 778-0287
E-mail: robert.gifford@giffordlawyer.com
***Attorney for Defendant Wood***
