# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR-22-142-JFH |
| | ) | | |
| v. | ) | Date: | 2/16/2023 |
| | ) | | |
| JUSTIN DERICK BRESHEARS, | ) | Time: | 9:57 a.m. - 10:01 a.m. |
| RONNIE GENE CASEY, JR, | ) | | |
| BRITTANY WOOD, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## MINUTE SHEET – CRIMINAL PRETRIAL CONFERENCE

John F. Heil, III, Judge        H. Forsyth, Law Clerk        K. McWhorter, Reporter
                                N. Davis, Deputy Clerk        FTR Courtroom 1 - Room 230

Counsel for Plaintiff:     Genevieve Ozark, AUSA, Jarrod Leaman, AUSA
Counsel for Defendant Breshears:   Jason Lollman, AFPD
Counsel for Defendant Casey:   Randy Lynn, Appointed
Counsel for Defendant Wood:   Lance B. Phillips appearing for this hrg. only for Robert Gifford, Appointed,

Defendants appears in person:     [X] with Counsel;     [] Counsel waived;     [] w/o Counsel

**MINUTES:** Court inquired as to status of discovery and Government announced there is still some outstanding discovery but would disclose it promptly once received; either today or tomorrow. Defendants are aware of no other discovery issues. Parties reminded Jury Instructions, Voir Dire, Stipulations & Trial Briefs due 2/24/2023. Parties directed to exchange witness and exhibit lists and provide to Court by 3/2/2023 by 4:00 p.m., along with three copies of their exhibit notebooks. Court inquired and Government anticipates a 3 day trial with jury selection; Defendants agree. Court advised it would allow parties 15 minutes each for voir dire and 10 minutes each for opening statements. Court advised parties this case is expected to be second-up on the 3/6/2023 trial docket. Parties will be notified whether case will be tried on 3/6/2023 or on 3/20/2023. Attorney Lance Phillips announces on behalf of attorney Robert Gifford that defendant Wood will plead. Defendants remanded to the custody of U.S. Marshal pending further proceedings.

COURT ADJOURNED.