IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. CR-22-142-JFH-3 |
| BRITTANY WOOD, | |
| Defendant. | |

## ORDER

At the direction of John F. Heil, III, United States District Judge, it is hereby ordered that:

| | |
|---|---|
| Sentencing motions filed: | 12/29/2023 |

  Including but not limited to motions for departure or variance and third-point motions

| | |
|---|---|
| Sentencing memoranda[1] filed: | 1/12/2024 |
| Restitution requests[2] due to USPO: | 1/12/2024 |
| Victim impact statements due to USPO: | 1/12/2024 |
| Statements on behalf of Defendant due to USPO: | 1/12/2024 |
| Sentencing: | 3/14/2024    at 10:00 a.m. |

Pursuant to LCrR 12.1(E), any response shall be filed within seven days of any motion's filing. Replies are not permitted without leave of Court. If leave is granted, replies shall be limited to five pages.

Dated this 11th day of December 2023.

                                                Bonnie Hackler,
                                               Clerk of Court, United States District Court

                                               *s/ Nick Davis*
                                               By: N. Davis, Deputy Clerk

---

[1] The Court will not consider requests for departure or variance contained only within sentencing memoranda.

[2] Unless there is an agreement as to the amount of restitution, restitution requests should be supported with appropriate documentation.